**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

AKOT AKOT,

        Plaintiff,

v.                                           Case No.: 3:23-cv-1025-WWB-PDB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the Commissioner of Social Security's Motion to Dismiss (Doc. 10) and the Supplement (Doc. 16) thereto. United States Magistrate Judge Patricia D. Barksdale issued a Report and Recommendation (Doc. 18), in which she recommends that the Motion be granted.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. The Commissioner of Social Security's Motion to Dismiss (Doc. 10) is **GRANTED**.
3. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.
4. The Clerk is directed to close the case.

**DONE AND ORDERED** in Jacksonville, Florida on March 26, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party